UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIGO EDWARD BEJARANO,
Plaintiff,

v.

ANDRE GONZALES,
Defendant.

Case No. 25-cv-10244-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On June 8, 2026, the Court ordered Petitioner to elect how to proceed with this unexhausted mixed habeas petition. Dkt. No. 11. The Court informed Petition that he could dismiss the entire federal habeas petition and return to state court to exhaust his unexhausted claims; could dismiss the unexhausted claims and proceed only with the exhausted claims; or could move to stay these proceedings while he exhausted his remaining claims. *See id*. at 3. The Court informed Petitioner that if he "d[id] not choose one of the three options or file a motion by the deadline, the Court w[ould] assume that he intended to select Option (1), and w[ould] dismiss the Petition." *Id*. at 5.

Petitioner's response to the Court's order was due July 20, 2026. *See id*. at 4. That date has long since passed, but no response has been filed. *See generally*, Dkt.

Because Petitioner failed to make an election, despite opportunity and a warning of the consequences, this action is **DISMISSED** without prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141–42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Petitioner wishes to make a belated election, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60. To do this, he must file a response to the Court's previous order **and** a

United States District Court
Northern District of California

motion with the words MOTION TO REOPEN written on the first page.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid. If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

The prisoner's name and case number must be noted on each remittance. The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc: Plaintiff/Petitioner

Court's Finance Office
United States District Judge